FILED
2004 APR -9 AM 11: 40
CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY WONSLEY, NATHAN WONSLEY,
her husband and WENDY WONSLEY as
Natural Guardian of WHITNEY WONSLEY, a minor and
NATHANIAL WONSLEY IV, a minor,

    Plaintiffs,

vs.    CASE NO: 8:04-CV-754-T-27MSS

BRIDGESTONE/FIRESTONE, INC.,
a foreign corporation f/k/a THE FIRESTONE
TIRE AND RUBBER COMPANY; and FORD
MOTOR COMPANY, a foreign corporation,

    Defendants.
_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, Ford Motor Company (hereinafter referred to as "Ford"), files its Notice of Removal of this action, currently pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 04 01825, to the United States District Court for the Middle District of Florida, Tampa Division. In support of this Notice of Removal, Ford states the following:

1.    There is jurisdiction over this removed action pursuant to Title 28 U.S.C. § 1441, because this action could have originally have been filed in this Court pursuant to Title 28 U.S.C. § 1332 as set forth more fully below.



ORL#603306 1    1

2. As alleged in their Complaint, at all times material hereto, Plaintiffs, Wendy Wonsley, Nathan Wonsley, Whitney Wonsley and Nathaniel Wonsley IV, were and are citizens of the State of Florida

3. At all times material hereto, Bridgestone/Firestone, Inc., which has been merged into Bridgestone/Firestone North American Tire, LLC ("Firestone"), was and is a Delaware corporation with its principal place of business in Nashville, Tennessee.

4. At all times material hereto, Ford was and is a Delaware corporation with its principal place of business in Dearborn, Michigan. Accordingly, complete diversity of citizenship exists between the parties to this suit.

5. This is a products liability action seeking recovery based upon injuries allegedly sustained as a result of an automobile accident involving a 1995 Ford Explorer. Plaintiff filed their original complaint styled *Wendy Wonsley and Nathan Wonsley, her husband, and Wendy Wonsley as Natural Guardian of Whitney Wonsley, a minor, and Nathanial Wonsley IV, a minor, Plaintiffs, vs. Bridgestone/Firestone, Inc., a foreign corporation f/k/a The Firestone Tire and Rubber Company; and Ford Motor Company, a foreign corporation, Defendants*, Case No. 04 01825, Division F, in the Thirteenth Judicial Circuit Court, in and for Hillsborough County, Florida. Ford was served with the Complaint on March 10, 2004. Plaintiffs, Wendy Wonsley, Whitney Wonsley and Nathanial Wonsley, seek to recover damages from Ford under theories of negligence and strict liability. Plaintiffs' Complaint also includes a consortium claim on behalf of Mr. Wonsley.

6.  Venue is proper in the Tampa Division of this Court because this action is being removed from the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

7.  This action could have been brought originally in this Court pursuant to Title 28 U.S.C. § 1332, because it is a civil action between citizens of different states and the matter in controversy, based on the injuries alleged, exceeds the sum or value of $75,000, exclusive of interest and costs.

8.  In their Complaint, Plaintiffs seek damages related to non-specific injuries, stating that the Plaintiffs suffered bodily injury resulting in pain and suffering, disfigurement and/or scarring, disability, mental anguish, expensive medical care and treatment, loss [sic] wages, loss of ability to earn money, loss of capacity for the enjoyment of life, and any aggravation of any previously existing condition. Plaintiffs claim that the injuries are either permanent of continuing in nature, and the Plaintiff [no specific plaintiff identified] will suffer losses and impairment in the future. Based upon Plaintiffs' allegations of permanent injury (See Complaint ¶ 11, included in Composite Exhibit "A" attached hereto), coupled with medical records and correspondence sent by Plaintiffs' counsel, wherein Plaintiffs' have claimed traumatic brain injuries on behalf of two of the named Plaintiffs and have made a specific pre-suit demand in excess of $75,000.00, Ford believes in good faith that Plaintiffs' counsel will seek on behalf of Plaintiffs and amount far in excess of $75,000.00, exclusive of interest and costs.

9.  A defendant cannot be precluded from removing a suit to federal court based on the plaintiff's failure to plead an amount in controversy in excess of the court's

jurisdictional minimum. *See Mullins v. Harry's Mobile Homes*, 861 F. Supp. 22 (S.D. W.Va. 1994). Thus, where the Complaint does not set forth a specific disputed amount, the court should make a factual inquiry into the amount in controversy. *Omega Sports, Inc. v. Sunkyong America, Inc.*, 872 F. Supp. 201 (E.D. Pa. 1995); *Smith v. Executive Fund Life Ins. Co.*, 651 F. Supp. 269 (M.D. La. 1986); *Craig v. Congress Sportswear, Inc.*, 645 F. Supp. 162 (D. Me. 1986); *Lewis v. AT&T Corp.*, 898 F. Supp. 907, 909 (S.D. Fla. 1995); *see also, Horak v. Color Metal of Zurich*, 285 F. Supp. 603, 605 (D.N.J. 1968) (the court found removal proper where a review of the complaint indicated there was more than $50,000 at stake, even though there was no *ad damnum* amount stated). In its independent evaluation, it is appropriate for the court to consider the defendant's removal petition in determining whether the amount in controversy has been established. *See Dunlap v. New York Life Ins. Co.*, 958 F. Supp. 589 (M.D. Fla. 1997) (finding amount in controversy satisfied based on defendant's contentions in the removal petition that payment of claim, including the possibility of future damages, exceeds the amount in controversy requirement despite no specifics claims as to sufficient amount in controversy stated in the complaint); *White v. J.C. Penney Life Insurance Co.*, 861 F. Supp. 25 (S.D. W.Va. 1994); *Estevez-Gonzalez v. Kraft, Inc.*, 606 F. Supp. 127 (S.D. Fla. 1985); *Baker v. Firestone Tire & Rubber Co.*, 537 F. Supp. 244 (S.D. Fla. 1982).

10. In the instant matter, in the absence of a specific allegation as to amount in controversy, this Court can consider not only the allegations of a permanent injury to Plaintiffs as found in Plantiffs' Complaint, but can also consider Plaintiffs' pre-suit demand seeking greater than $75,000.

11.   Defendant Firestone consents and joins in this Notice of Removal. Firestone's original Notice of Consent and Joinder is attached hereto as Exhibit "B."

12.   Ford is filing this Notice of Removal within 30 days after the service of Plaintiffs' original Complaint; accordingly, the Notice of Removal is timely filed under Title 28 U.S.C. § 1446(b).

13.   Pursuant to Title 28 U.S.C. § 1446(a), Ford attaches to this Notice of Removal a copy of all process, pleadings and orders served upon Ford in the state court action, as well as a copy of the state court docket. (Composite Exhibit "A" attached hereto).

14.   Concurrent with the filing of this Notice of Removal, Ford has filed a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit, Duval County, Florida.

15.   The undersigned counsel is authorized by Ford to file this Notice of Removal, is licensed in the State of Florida and is a member in good standing of the Bar of this Court.

Respectfully submitted,

FRANCIS M. MCDONALD, JR., ESQ.
Florida Bar No. 327093
SARAH A. LONG, ESQ.
Florida Bar No. 0080543
CARLTON, FIELDS, P.A.
450 S. Orange Avenue, Suite 500
Orlando, Florida 32801
Phone:   (407)849-0300
Facsimile: (407)648-9099
Attorneys for Ford Motor Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been sent via U.S. Mail delivery this 8th day of April, 2004, to: Willie E. Gary, Esq., 221 East Osceola Street, Stuart, Florida 34994 and Lee. P. Teischner, Esq., 701 Brickell Avenue, Suite 3000, Miami, FL 33131.

FRANCIS M. MCDONALD, JR., ESQ.
Florida Bar No. 327093
SARAH A. LONG, ESQ.
Florida Bar No. 0080543
CARLTON, FIELDS, P.A.
450 S. Orange Avenue, Suite 500
Orlando, Florida 32801
Phone:     (407)849-0300
Facsimile: (407)648-9099
Attorneys for Ford Motor Company



(Rotated screenshot, Case 8:04-... / 04-CA-001825, BRIDGESTONE/FIRESTONE, UCN 292004CA001825D001TA, Division F, Case Created 02/25/2004, Product Liability)

| Party | Designation | Id |
|---|---|---|
| ATTY | PRIVATE ATTORNEY | A347050 |
| D001 | DEFENDANT 1 | @4100982 |
| JDG | JUDGE | A194799 |
| P002 | PETITIONER/PLAINTIFF 2 | @4101045 |
| P003 | PETITIONER/PLAINTIFF 3 | @4101046 |
| P004 | PETITIONER/PLAINTIFF 4 | @4101049 |
| D002 | DEFENDANT 2 | @4101065 |
| ATTY | PRIVATE ATTORNEY | A80543 |

**Name**

P001 - WONSLEY, WENDY
...... ATTY - GARY, TANISHA NUNN
D001 - BRIDGESTONE/FIRESTONE INC
JDG - SIMMS, ROBERT J
P002 - WONSLEY, NATHAN
P003 - WONSLEY, WHITNEY
P004 - WONSLEY IV, NATHANIEL
D002 - FORD MOTOR CO
...... ATTY - LONG, SARAH A

...ently in CASE search mode...

**EXHIBIT "A"**



# GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, McMANUS, WATSON & SPERANDO, P.L.

ATTORNEYS AND COUNSELORS AT LAW



WATERSIDE PROFESSIONAL BUILDING
221 E OSCEOLA STREET
STUART, FLORIDA 34994
(772) 283-8260
FAX NO (772) 220-3343
1 800-329-4279

W. E GARY PROFESSIONAL CENTER
320 S. INDIAN RIVER DRIVE
POST OFFICE BOX 3390
FT PIERCE, FLORIDA 34948-3390
(772) 464-2352
FAX NO. (772) 464-4226
1-800-330-2832

STUART
PLEASE REPLY TO:

February 23, 2004



**PARTNERS**
W. E Gary
Lorenzo Williams
Robert L Parenti
Lonnie Finney Jr
Michael A Lewis
C Shields McManus
Donald N Watson
Maria P Sperando
Paul P McMahon
Gretta H Hall
Madison B McClellan
Tricia P Hoffler
Sekou M Gary

**ASSOCIATES**
Paul D Mark Lucas
Jean Laws Scott
Linda L Weiksnar
Thomas E Weiksnar, LL.M.
Maryann Diaz
Victor G. Swift
Phyllis M Gillespie
Ginger J Cartwright
Alton C Hale, Jr
Tanisha Nunn Gary
Jason L Williams
André G Crenshaw
Marka B Fleming
Brian C Duran
Lisa Trempe
Daniel B Snellings
H James Montalvo
Debra S Nolan
Arnold S Gaines
Ana Amarante
Charlene Banks

**OF COUNSEL - not licensed in Florida**
Bill Campbell

**GENERAL COUNSEL**
Chan Bryant Abney

Board Certified
Civil Trial Lawyer

Also Admitted
D C Bar
MD Bar
MI Bar
NY Bar
NJ Bar
TN Bar
CT Bar
MA Bar
PA Bar
VA Bar
GA Bar
NC Bar
MS Bar
A Bar

VIA FEDERAL EXPRESS
Hillsborough County Courthouse
**Attn: Circuit Civil**
800 East Twiggs Street, 5th Floor
Tampa, FL 33602

Re:  Wendy Wonsley vs. Bridgestone/Firestone and Ford Motor Company

Dear Sir or Madam:

Please find enclosed a Complaint and Civil Cover sheet regarding the above referenced matter. Please file the Complaint in your usual manner and date stamp a copy of the Complaint for our records. **The statute runs on February 25, 2004, therefore we would appreciate you filing the documents on or before this date.** Also enclosed is a check in the amount of $205.00 which represents your filing fee. **Please issue the enclosed Summons and return the Summons to our office once issued.** I have enclosed a self addressed stamped envelope for you to send the date stamped Complaint and issued Summons back to our office.

Should you have any questions or concerns, please feel free to contact us.

Thank you for your cooperation and prompt attention to this matter.

Sincerely,

**GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO, P.L.**

*Tanisha Gary*

Tanisha Gary, Esquire
For the Firm

TG/lma

encls.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA.

CASE NO:
JUDGE: 04 01825

WENDY WONSLEY, NATHAN WONSLEY, her husband and WENDY WONSELY as Natural Guardian of WHITNEY WONSLEY, a minor and NATHANIEL WONSLEY IV, a minor,

DIVISION F

Plaintiffs,

v.

BRIDGESTONE/FIRESTONE, INC., a foreign corporation f/k/a THE FIRESTONE TIRE AND RUBBER COMPANY; AND FORD MOTOR COMPANY, a foreign corporation,

Defendants.

**CIVIL COVER SHEET**

**II. TYPE OF CASE** (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Tort | Other Civil |
|---|---|---|
| [ ] Simplified Dissolution | [ ] Prof. Malpractice | [ ] Contract |
| [ ] Dissolution | [X] Products Liability | [ ] Condominium |
| [ ] Support IV-D | [ ] Auto Negligence | [ ] Real property/ Mortgage Foreclosure |
| [ ] Support-Non IV-D | [ ] Other Negligence | [ ] Eminent domain |
| [ ] URESA IV-D | ( ) Wrongful Death | [ ] Other |
| [ ] URESA-Non IV-D | | |
| [ ] Domestic Violence | | |
| [ ] Other domestic relations | | |

**III. IS JURY TRIAL DEMANDED IN COMPLAINT?** [X] YES   [ ] NO

DATE: FEBRUARY 23rd, 2004

*Janisha Gary*

WILLIE E. GARY, ESQUIRE
Florida Bar No. 187843
SEKOU M. GARY, ESQUIRE
Florida Bar No. 372640
TANISHA GARY, ESQUIRE
Florida Bar No. 0347050
**GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO, P.L.**
221 East Osceola Street
Stuart, FL 34994
(561) 283-8260

# GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, McMANUS, WATSON & SPERANDO, P.L.

ATTORNEYS AND COUNSELORS AT LAW

WATERSIDE PROFESSIONAL BUILDING
221 E OSCEOLA STREET
STUART, FLORIDA 34994
(772) 283-8260
FAX NO (772) 220-3343
1-800-329-4279



W E GARY PROFESSIONAL CENTER
320 S INDIAN RIVER DRIVE
POST OFFICE BOX 3390
FT PIERCE, FLORIDA 34948-3390
(772) 464 2352
FAX NO (772) 464-4226
1-800-330-2832

PLEASE REPLY TO:
STUART

March 22, 2004

04-1825

Hillsborough County Courthouse
**Attn: Circuit Civil**
800 East Twiggs Street, 5th Floor
Tampa, FL 33602

**Re: Wendy Wonsley vs. Bridgestone/Firestone and Ford Motor Company**

Dear Sir or Madam:

Please find enclosed an Affidavit of Service and original Summons regarding the above referenced matter. Please file the Affidavit of Service and Summons in your usual manner.

Should you have any questions or concerns, please feel free to contact us.

Thank you for your cooperation and prompt attention to this matter.

Sincerely,

GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO, P.L.

Tanisha Gary, Esquire
For the Firm
TG/lma
encls.

PARTNERS
Willie E Gary
Lorenzo Williams
Robert V Parenti
Lorres Finney, Jr
Michael A Lewis
F Shields McManus
Donald N Watson
Maria P Sperando
Paul P McManus
Geremy H Hall
Madison B McClellan
Tricia P Hoffler
Sekou M Gary

ASSOCIATES
Paul D Mark Lucas
Jean Laws Scott
Linda L Weiksnar
Thomas E Weiksnar LLM
Maryann Diaz
Victor G Swift
Phyllis M Gillespie
Ginger J Cartwright
Alton C Hale, Jr
Tanisha Nunn Gary
Jason L Williams
Andre G Crenshaw
Marka B Fleming
Brian C Duran
Lisa Trempe
Daniel B Snellings
H James Montalvo
Debra S Nolan
Arnold S Gaines
Ana Amarante
Charlene Banks

OF COUNSEL - not licensed in Florida
Bill Campbell

GENERAL COUNSEL
Char Bryant Abney

* Board Certified
Civil Trial Lawyer

Also Admitted
** DC Bar
*** MD Bar
M Bar
NY Bar
NJ Bar
TN Bar
CT Bar
MA Bar
PA Bar
GA Bar
NC Bar
MS Bar
LA Bar

# AFFIDAVIT OF SERVICE

**State of FLORIDA**      **County of HILLSBOROUGH**      **Circuit Court**

Case Number: 04-01825

Plaintiff:
**WENDY WONSELY, NATHAN WONSELY, her husband and WENDY WONSLEY as Natural Guardian of WHITNEY WONSLEY, a minor and NATHANIEL WONSLEY, IV, a minor**
vs.
Defendant:
**BRIDGESTONE/FIRSTONE, INC., a foreign corporation f/k/a THE FIRESTONE TIRE AND RUBBER COMPANY; AND FORD MOTOR COMPANY, a foreign corporation**

For: Tanisha Gary
   GARY, WILLIAMS, PARENTI, FINNEY, LEWIS M

Received by SIGNED, SEALED & DELIVERED INC on the 5th day of March, 2004 at 11:33 am to be served on **FORD MOTOR COMPANY, a foreign corporation by serving its r/a JOHN M. RINTAMAKI FORD MOTOR COMPANY THE AMERICAN RD., DEARBORN, MI, 48121.** I, CLARENCE LOUK, being duly sworn, depose and say that on the 10th day of MARCH, 20 04 at 3:15 pm., executed service by delivering a true copy of the **20 DAY SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY  By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving SHARON LOKOJA RV1 as AUTHORIZED AGENT

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Clarence Louk

Subscribed and Sworn to before me on the 11th day of MARCH, 2004 by the affiant who is personally known to me.

Linda G. Smith
NOTARY PUBLIC

LINDA A. SMITH
NOTARY PUBLIC MY COMM ...
MY COMMISSION EXPIRES ...

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**SIGNED, SEALED & DELIVERED INC.**
**P.O. Box 15255**
**West Palm Beach, FL 33416**
**(561) 712-1722**

Our Job Serial Number: 2004000837

Copyright © 1992-2001 Database Services Inc - Process Server's Toolbox V5.4o

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

WENDY WONSELY, NATHAN WONSLEY,         CASE NO.:
her husband and WENDY WONSLEY as
Natural Guardian of WHITNEY WONSLEY, a minor and    04 01825
NATHANIEL WONSLEY IV, a minor,

        DIVISION F

    Plaintiffs,

vs.

BRIDGESTONE/FIRESTONE, INC.,
a foreign corporation f/k/a THE FIRESTONE
TIRE AND RUBBER COMPANY; AND FORD
MOTOR COMPANY, a foreign corporation,

    Defendants.
_____/

## SUMMONS:

### PERSONAL SERVICE ON A CORPORATION

**BY SERVING:**    **FORD MOTOR COMPANY, a foreign corporation**

<u>**By Serving its Registered Agent**</u>

**JOHN M. RINTAMAKI
FORD MOTOR COMPANY
THE AMERICAN ROAD
DEARBORN, MICHIGAN 48121**

**THE STATE OF FLORIDA:**

**TO EACH SHERIFF OF THE STATE: YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and Request for Production in this lawsuit on the above-named Defendant.

### IMPORTANT

040837

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes, interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos,sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifis a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autes obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

_____Tanisha Gary_____
WILLIE E. GARY, ESQUIRE
Fla. Bar No. 187843
SEKOU M. GARY, ESQUIRE
Fla Bar No. 372640
TANISHA GARY, ESQUIRE
Fla. Bar No. 0347050
**GARY, WILLIAMS, PARENTI, FINNEY, LEWIS,**
**McMANUS, WATSON & SPERANDO, P.L.**
Attorneys for Plaintiffs
Waterside Professional Building
221 East Osceola Street
Stuart, FL 34994
Telephone: (561) 283-8260
Fax: (561) 220-3343

**WITNESS** my hand and the seal of the Court on FEB 2 4 2004, 2004.

As Clerk of the Court

COURT SEAL    By: _____

In accordance with the Americans with Disability Act, persons with disabilities needing a special accommodation to participate in these proceedings should contact the Court Administrator at Indian River County Courthouse, 2000 16th Avenue, Vero Beach, Florida ; Tel. No. (561) 770-5185, no later than seven (7) days prior to proceedings. If hearing impaired, (TDD)1/800/955-8771 or Voice 1/800/955-8770 via Florida Relay Service.